UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EUGENE JERMAINE MCCUTCHEON

vs.                                          2:05-cv-526-FtM-29DNF

UNITED STATES OF AMERICA
_____

**OPINION AND ORDER**

On April 28, 2008, United States Magistrate Judge Douglas N. Frazier submitted a Report and Recommendation (Doc. #24) to the Court recommending that Ground I of petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. #1) be denied. After weighing conflicting testimony, the magistrate judge found that petitioner's court appointed attorney was not ineffective in not filing a notice of appeal in the underlying criminal case. No objections have been filed, and the time to file such objections has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b()1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the

district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. by Ernest S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After reviewing the Report and Recommendation and the transcript of the evidentiary hearing (Doc. #23), the Court fully agrees with the findings of fact and conclusions of law made by the magistrate judge.  Accordingly, the Court will adopt the Report and Recommendation and will deny Ground I for the reasons stated therein.  The Court has previously entered an Opinion and Order (Doc. #14) dismissing Ground II of the § 2255 motion.

Accordingly, it is now

**ORDERED**:

1.   The Magistrate Judge's Report and Recommendation (Doc. #24) is **accepted and adopted**, and it is specifically incorporated into this Opinion and Order.

2.   Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. #1) is **DENIED** as to Ground I and is **DISMISSED** as to Ground II.

3.   The Clerk of the Court shall enter judgment accordingly, terminate all pending matters, and close the civil file.

4.   The Clerk of the Court is further directed to file a copy of the civil judgment in the associated criminal file, Case No. 2:04-cr-66.

**DONE AND ORDERED** at Fort Myers, Florida, this __19th__ day of May, 2008.

_____
JOHN E. STEELE
United States District Judge


Copies:
Hon. Douglas N. Frazier
Counsel of Record
DCCD